IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                            Case No. 2:12-CR-20013-001

JOSEPH STAPLETON                                                                         DEFENDANT

**O R D E R**

On April 12, 2012, the Court entered an order, pursuant to 18 U.S.C. §§ 4241(a) and 4247(b), that Defendant Joseph Stapleton undergo a psychological examination. The Court has been informed that Defendant has been designated to Bureau of Prisons, Fort Worth FCI for examination.

Pursuant to 18 U.S.C. §§ 4241(a) and 4247(b), Defendant Joseph Stapleton is hereby committed to the custody of the Attorney General or his authorized representative for a period not to exceed thirty (30) days for a psychological examination under 18 U.S.C. § 4241 to determine whether the Defendant is able to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Pursuant to 18 U.S.C. § 4247(c), the facility conducting the examination shall file a copy of the report with this Court, with copies to the counsel for the Defendant and the Government. Should Defendant desire a hearing on the issue of his competency to stand trial, he will have ten (10) days from the filing of the evaluation report within which to demand one.

The United States District Court Clerk is directed to provide the United States Marshal's Service with a certified copy of this Order. The United States Marshal's Service is directed to

transport Defendant Joseph Stapleton to Fort Worth FCI forthwith.[1]

IT IS SO ORDERED this 23rd day of April, 2012.

*s/P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

---

[1] Pursuant to 18 U.S.C. § 3161(h)(1)(F), the time consumed by transportation in excess of 10 days from the date of entry of the order directing defendant's transport is presumed unreasonable under the Speedy Trial Act. In calculating the 10-day period, the date the transport order is entered is excluded, and if the last day of the period is a Saturday, Sunday, or legal holiday, the period continues to run until the next day that is not a Saturday, Sunday, or legal holiday. *See* Fed. R. Crim. P. 45(a)(1).